JUDGE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR11-405-MJP |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| JUAN SANCHEZ-OREGON, | |
| Defendant. | |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Sanchez-Oregon's supervised release is warranted by the conduct of Mr. Sanchez-Oregon and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Sanchez-Oregon shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 15th day of March, 2022.

*[signature]*

MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE
(*U.S. v. Sanchez-Oregon*; CR11-405-MJP)  - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1

2  Submitted by:

3  s/ *Gregory Geist*

4  Assistant Federal Public Defender
   Attorney for Juan Sanchez-Oregon

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE
(*U.S. v. Sanchez-Oregon*; CR11-405-MJP)  - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**